

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2015

No. 04-14-00912-CV

**IN THE INTEREST OF J.A.R.,** et al,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-02265
Honorable Eric Rodriguez, Judge Presiding

# O R D E R

Appellant filed a notice of appeal with this court on December 24, 2014. On that same day, the clerk of this court notified appellant that our records do not reflect that the $195.00 or $10.00 filing fees have been paid. Further, our records contain no evidence that appellant is excused by statute or rule from paying the filing fees. *See* TEX. R. APP. P. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving fees if indigence established). The clerk's December 24, 2014 letter warned appellant that the filing fees must be paid by January 9, 2015, or the appeal was subject to being stricken. To date, this court has not received payment or an affidavit of indigence. *See id.* R. 20.1(c)(1).

The clerk's letter also advised appellant that the docketing statement must be filed with this court by January 9, 2015. *See id.* R. 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2. To date, no docketing statement has been filed.

Appellant is ORDERED to show cause in writing within fifteen days of the date of this order that either (1) the $195.00 and $10.00 filing fees have been paid, or (2) appellant is entitled to appeal without paying the filing fees. If appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

All other appellate deadlines are suspended pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2015.



Keith E. Hottle
Clerk of Court

